IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER RAY ROBERTS,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| vs.  ) | Case No. 1:15-cv-1460-KOB-TMP |
| ) | |
| CYNTHIA WHITE, Warden; and the  ) | |
| ATTORNEY GENERAL OF THE  ) | |
| STATE OF ALABAMA,  ) | |
| ) | |
| Defendants.  ) | |

## MEMORANDUM OPINION

The magistrate judge filed his report and recommendation on January 27, 2016, recommending dismissal of petitioner's 28 U.S.C. § 2254 petition for *habeas corpus* relief. (Doc. 9). Petitioner requested and received an extension of time in which to file objections and, on February 23, 2016, he timely filed objections to the report and recommendation. (Doc. 13).  Having now carefully considered *de novo* all the materials in the court file, including the report and recommendation and the objections, the court is of the opinion that the magistrate judge's report is due to be ADOPTED and the recommendation ACCEPTED.

The court, therefore, ORDERS that the claim for *habeas corpus* relief pursuant to 28 U.S.C. § 2254 in the above-styled cause be and hereby is DENIED and DISMISSED WITH PREJUDICE.

DONE and ORDERED this 28th day of March, 2016.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE